# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

USA

V.

ERIKA L. LAWSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:18-CR-145-2

| PRESIDING JUDGE<br>CLIFTON CORKER | PLAINTIFF'S ATTORNEY<br>ROBERT REEVES | DEFENDANT'S ATTORNEY<br>JERRY LAUGHLIN |
|---|---|---|
| TRIAL DATE (S)<br>NOVEMBER 13, 2018 | COURT REPORTER<br>DCR | COURTROOM DEPUTY<br>KIM OTTINGER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/13/18 |  |  |  |
|  | W |  |  |  | TERESA BYRD |
|  | W |  |  |  | ERIKA LAWSON |
| 1 |  |  | X | X | TESTIMONY OF DEFENDANT-REDACTED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages